Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff*
Christina Wiseman

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christina Wiseman, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Capital One Bank USA, N.A.,<br><br>Defendant. | **CASE NO: 3:17-CV-00199-AJB-KSC**<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice as to the named Plaintiff and without prejudice as to putative Class within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after May 15, 2017 for filing a Request for Dismissal.

Respectfully submitted,

Date: March 16, 2017                              **Hyde & Swigart**

                                                  By: Joshua B. Swigart
                                                  Joshua B. Swigart, Esq.
                                                  *Attorneys for Plaintiff*