Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Christina Wiseman

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Christina Wiseman, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>Capital One Bank USA, N.A.,<br><br>                    Defendant. | **Case No.: 3:17-cv-00199-AJB-KSC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. ANTHONY J. BATTAGLIA** |
|---|---|

Plaintiff CHRISTINA WISEMAN, hereby moves to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e)[1] are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class. Regardless, there is no prejudice to the absent class members because (i) it is highly unlikely that there has

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.

been any reliance by putative class members on the filing of this class action to vindicate their rights; (ii) putative class members' claims will not be prejudiced by lack of adequate time to file other actions due to the tolling of the absent class members' claims; (iii) there have been no concessions, impairments or other actions taken by the Parties' counsel that would prejudice the class' claims; and (iv) the putative class members are being dismissed without prejudice

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class.

Dated: May 22, 2017                              **HYDE & SWIGART**

                              By:  s/Joshua B. Swigart
                                  Joshua B. Swigart
                                  *Attorney for Plaintiff*